IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. VAUGHN,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL D. MCDONALD, Warden,<br><br>    Respondent.<br>_____/ | No. C-11-4274 TEH (PR)<br><br>**GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

    Petitioner, a state prisoner incarcerated at High Desert State Prison in Susanville, California, has filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from Alameda County Superior Court. On December 15, 2011, this Court issued an order to show cause. On February 6, 2012, respondent filed an answer. A review of the docket indicates that petitioner's inmate number is listed incorrectly with the court as C-37688. His correct inmate number is G-37688. As a result, he did not receive the court's Order to Show Cause and possibly may have filed to receive respondent's answer.

    This Court directs the Clerk to re-serve petitioner with

the order to show cause with petitioner's correct inmate number listed. Respondent is also directed to re-serve petitioner with its answer, with petitioner's correct inmate number listed. If petitioner wishes to respond to the answer, he is granted an extension of time to April 13, 2012, to file a traverse.

IT IS SO ORDERED.

DATED  *02/13/2012*

**THELTON E. HENDERSON**
United States District Judge

`G:\PRO-SE\TEH\HC.11\Vaughn-11-4274-eot-traverse.wpd`