IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. VAUGHN, | No. C-11-4274 TEH (PR) |
|     Petitioner, | ORDER FOR RESPONDENT TO RE-SERVE ANSWER |
|     v. | |
| MICHAEL D. MCDONALD, Warden, | |
|     Respondent. | |

On August 30, 2011, Petitioner Christopher Vaughn filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a judgment of conviction from Alameda County Superior Court. On December 15, 2011, the Court ordered Respondent to file an answer showing cause why a writ of habeas corpus should not be granted and to serve it on Petitioner. On February 6, 2012, Respondent filed his answer and served it on Petitioner. On February 13, 2012, the Court ordered Respondent to re-serve his answer because Petitioner's prisoner number was listed incorrectly on the Court's docket. On February 16, 2012, Respondent re-served his answer on Petitioner. Petitioner's traverse was due on April

13, 2012, but, as of this date, has not been filed with the Court.

The docket shows that, since Respondent re-served his answer, Petitioner has filed two notices of change of address. His latest notice was filed on May 25, 2012 and lists his address as: High Desert State Prison; PO Box 3030; Susanville, CA 96127; CDCR # G-37688; Bldg/Bed B5-130 L.[1]  Because Petitioner may not have received Respondent's answer, Respondent is ordered to re-serve his answer and all relevant materials on Petitioner and to file a certificate of service.  Petitioner's traverse is due thirty days from the day Respondent re-serves his answer.  After this deadline has passed, the petition will be ripe for review whether or not Petitioner has filed a traverse.  Petitioner is reminded that all communications with the Court must be served on Respondent by mailing a true copy of the document to Respondent's counsel.

IT IS SO ORDERED.

DATED  *08/07/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Vaughn-11-4274-RespReServeAnswer.wpd

---

[1] The Court notes that Petitioner's address has not been changed on the Court's docket.  The Clerk shall update the docket with the address listed in Petitioner's last notice of change of address.

**2**